# COURT MINUTES
## United States Magistrate Judge Patrick M. Hunt

Date: 6/17/2015   Time: 10:30am

Defendant: Charles Haynes Elliott (J) ✓   J#: 07978-104   Case #: 15-6261-Seltzer

AUSA: Sean McLaughlin ✓   Attorney: Jonathan Friedman ✓

Violation: 18:1951

Proceeding: PTD Hearing   CJA Appt:

(Bond) PTD Held: ✓ Yes   ○ No   Recommended Bond:

Bond Set at: $100,000 PSB   Co-signed by: mother

- [✓] Surrender and/or do not obtain passports/travel docs
- [✓] Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- [✓] Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- [ ] Refrain from excessive use of alcohol
- [ ] Participate in mental health assessment & treatment
- [ ] Maintain or seek full-time employment/education
- [✓] No contact with victims/witnesses  including co-deft
- [✓] No firearms
- [ ] Not to encumber property
- [ ] May not visit transportation establishments
- [ ] Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- [✓] Allowances: Medical needs, court appearances, attorney visits, religious, ~~employment~~ education reasons (band camp)
- [ ] Travel extended to:
- [✓] Other: mother to act as a 3rd party custodian and will report

Language:

Disposition: Court accepts agreed bond — $100,000 PSB

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel: any violations to PTS; to be released when landline installed

PTD/Bond Hearing:

Prelim/Arraign or Removal: 6/25/15   11:00am   Duty (Valle)   Ftl   (previously set)

Status Conference RE:

D.A.R. 11:13:47   Time in Court: 10 min

recalled: 11:32:45

Page: 2